KAREN MCCONVILLE SBN. 269234
Pier 9, Suite 100
San Francisco, CA  94111-1497
Telephone:  (415) 786-7806
Email: kmcconville3@gmail.com

Attorney for Defendant
Artur Stepanyan

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>     v.<br><br>ARTUR STEPANYAN,<br><br>          Defendant. | Case No. CR-15-234<br><br>**NOTICE OF ATTORNEY APPEARANCE** |

PLEASE TAKE NOTICE THAT on June 18, 2015 at 11:00am or as soon thereafter as the matter may be heard in the above-entitled Court, in the Courtroom of the Magistrate Judge, Jacqueline Scott Corley, United States District Court in and for the Northern District of California, San Francisco Division, Karen McConville, co-counsel for the defendant, Artur Stepanyan, will appear with lead counsel, Thomas A. Mesereau, to represent Mr. Stepanyan at his detention hearing.

DATED: 6/12/2015                            _____/s/_____
                                                                    KAREN MCCONVILLE