THOMAS A. MESEREAU JNR, SBN 91182
KAREN MCCONVILLE, SBN 269234
10100 Santa Monica Boulevard, Suite 300
Los Angeles, California 90067
Tel: 310-651-9960
Fax: 310-772-2295

Attorneys for
ARTUR STEPANYAN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR-15-234 |
| Plaintiff, | |
| v. | **DEFENDANT ARTUR STEPANYAN'S RESPONSE TO THE COURTS REQUEST FOR EVIDENCE** |
| ARTUR STEPANYAN, | |
| Defendant. | |

Defense counsel for defendant, Artur Stepanyan, files this response at the request of the Court.

On June 18, 2015, Magistrate Judge Jacqueline Scott Corley held a detention hearing to determine whether Mr. Stepanyan would be released on bond. At the hearing, the Court noted its concern with inconsistencies within two pretrial services reports (Los Angeles and San Francisco).

Following argument, the Honorable Magistrate Judge Corley requested that defense counsel provide the Court with the following documentation: Evidence pertaining to the legal

-1-
DEFENDANT ARTUR STEPANYAN'S RESPONSE TO THE
COURTS REQUEST FOR EVIDENCE

1  ownership of Kenneth Road and Park West Pharmacy Inc. (Exhibit 1), evidence as to ownership

2  of Chez Salon and Spa (Exhibit 2) and proof of Mr. Stepanyan's employment.

3       Defense counsel hereby provides the requested documentation. While Mr. Stepanyan did

4  provide his services for which he was compensated, he was not a formal employee of the salon.

5  As the exhibits demonstrate, he was paid via check for his services. Attached are the most recent

6  ledger entries and checks paid to him (Exhibit 3).

7  

8  //

9  //

10  

11  Dated: 6.23.15           Respectfully submitted,

13            By:    /s/
             Thomas A. Mesereau Jnr

15            By:    /s/
16            Karen McConville
             Attorneys Artur Stepanyan

28  DEFENDANT ARTUR STEPANYAN'S RESPONSE
   TO THE COURTS REQUEST FOR EVIDENCE

-2-