# EXHIBIT 1




# State of California
# Secretary of State



## STATEMENT OF INFORMATION
(Domestic Stock and Agricultural Cooperative Corporations)

FEES (Filing and Disclosure): $25.00. If amendment, see instructions.

**IMPORTANT — READ INSTRUCTIONS BEFORE COMPLETING THIS FORM**

This Space For Filing Use Only

**S**

1. **CORPORATE NAME** (Please do not alter if name is preprinted.)

   KENNETH ROAD PHARMACY, INC.
   C3230152

   DUE DATE: DEC 17, 2009

**DUE DATE:**

**COMPLETE ADDRESSES FOR THE FOLLOWING** (Do not abbreviate the name of the city. Items 2 and 3 cannot be P.O. Boxes.)

| # | Field | Address | City | State | Zip Code |
|---|---|---|---|---|---|
| 2. | STREET ADDRESS OF PRINCIPAL EXECUTIVE OFFICE | 3521 COUNTRY CLUB DRIVE | GLENDALE | CA | 91208 |
| 3. | STREET ADDRESS OF PRINCIPAL BUSINESS OFFICE IN CALIFORNIA, IF ANY | 3521 COUNTRY CLUB DRIVE | GLENDALE | CA | 91208 |
| 4. | MAILING ADDRESS OF THE CORPORATION, IF DIFFERENT THAN ITEM 2 | | | | |

**NAMES AND COMPLETE ADDRESSES OF THE FOLLOWING OFFICERS** (The corporation must have these three officers. A comparable title for the specific officer may be added; however, the preprinted titles on this form must not be altered.)

| # | Title / Name | Address | City | State | Zip Code |
|---|---|---|---|---|---|
| 5. | CHIEF EXECUTIVE OFFICER/ MARGARITA KAZARIAN | 3521 COUNTRY CLUB DRIVE | GLENDALE | CA | 91208 |
| 6. | SECRETARY/ MARGARITA KAZARIAN | 3521 COUNTRY CLUB DRIVE | GLENDALE | CA | 91208 |
| 7. | CHIEF FINANCIAL OFFICER/ MARGARITA KAZARIAN | 3521 COUNTRY CLUB DRIVE | GLENDALE | CA | 91208 |

**NAMES AND COMPLETE ADDRESSES OF ALL DIRECTORS, INCLUDING DIRECTORS WHO ARE ALSO OFFICERS** (The corporation must have at least one director. Attach additional pages, if necessary.)

| # | Name | Address | City | State | Zip Code |
|---|---|---|---|---|---|
| 8. | MARGARITA KAZARIAN | 3521 COUNTRY CLUB DRIVE | GLENDALE | CA | 91208 |
| 9. | | | | | |
| 10. | | | | | |

11. NUMBER OF VACANCIES ON THE BOARD OF DIRECTORS, IF ANY:

**AGENT FOR SERVICE OF PROCESS** (If the agent is an individual, the agent must reside in California and Item 13 must be completed with a California street address (a P.O. Box address is not acceptable). If the agent is another corporation, the agent must have on file with the California Secretary of State a certificate pursuant to Corporations Code section 1505 and Item 13 must be left blank.)

12. NAME OF AGENT FOR SERVICE OF PROCESS
    MARGARITA KAZARIAN

13. STREET ADDRESS OF AGENT FOR SERVICE OF PROCESS IN CALIFORNIA, IF AN INDIVIDUAL   CITY   STATE   ZIP CODE
    3521 COUNTRY CLUB DRIVE   GLENDALE   CA   91208

**TYPE OF BUSINESS**

14. DESCRIBE THE TYPE OF BUSINESS OF THE CORPORATION
    PHARMACY SERVICES

15. BY SUBMITTING THIS STATEMENT OF INFORMATION TO THE CALIFORNIA SECRETARY OF STATE, THE CORPORATION CERTIFIES THE INFORMATION CONTAINED HEREIN, INCLUDING ANY ATTACHMENTS, IS TRUE AND CORRECT.

| 9/17/09 | MARGARITA KAZARIAN | PRESIDENT | _signature_ |
|---|---|---|---|
| DATE | TYPE/PRINT NAME OF PERSON COMPLETING FORM | TITLE | SIGNATURE |

APPROVED BY SECRETARY OF STATE

SI-200 C (REV 01/2008)

COPY

IF ANY OF THE FOLLOWING INFORMATION IS INCORRECT PLEASE CONTACT THE BOARD.

| NAME | TITLE | % OWNED |
|---|---|---|
| MARGARITA KAZARIAN | DIRECTOR | 100 |
| KENNETH ROAD PHARMACY INC | CORPORATION | 0 |
| MARGARITA KAZARIAN | CHIEF EXECUTIVE OFFICER | 0 |
| MARGARITA KAZARIAN | PRESIDENT | 0 |
| MARGARITA KAZARIAN | SECRETARY | 0 |
| MARGARITA KAZARIAN | TREASURER/CHIEF FINANCIAL OFFICER | 0 |
| ROBERT S. LIPP | PHARMACIST-IN-CHARGE | 0 |

RETURN THIS FORM WITH ADDRESS BELOW VISIBLE IN THE RETURN ENVELOPE WINDOW. BE SURE TO INCLUDE YOUR CHECK.

PART 2

STATE OF CALIFORNIA
DEPARTMENT OF CONSUMER AFFAIRS
P O BOX 942533
SACRAMENTO CA 94258-0533

01/31/15   7200   PHY 50214
02/02/15

PART 3

Board of Pharmacy

01/31/15
02/02/15

LICENSE RENEWAL APPLICATION FOR RETAIL PHARMACY

J. _____ YES, I WISH TO CONTRIBUTE TO THE PHARMACIST SCHOLARSHIP AND LOAN REPAYMENT PROGRAM AND HAVE INCLUDED $25 WITH MY RENEWAL FEE.

THE FOLLOWING CERTIFICATION MUST BE SIGNED BY THE OWNER, IF AN INDIVIDUAL OWNERSHIP; A PARTNER, IF A PARTNERSHIP; OR CORPORATE OFFICER, IF A CORPORATION. I CERTIFY, UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE STATE OF CALIFORNIA, THAT ALL STATEMENTS, ANSWERS AND REPRESENTATIONS THIS APPLICATION, ARE TRUE AND ACCURATE.

F. SIGNATURE _____   PRINT NAME MARGARITA KAZARIAN

DOES THIS PHARMACY COMPOUND PARENTERAL SOLUTIONS FOR PATIENTS AT HOME? (CHECK ONE)
A. YES ___   B. NO X

| LICENSE NO | LICENSE EXPIRES | AMOUNT DUE | DELINQUENT FEE IF POSTMARKED AFTER 05/01/15 |
|---|---|---|---|
| PHY 50214 | 05/01/15 | $331.00 | $481.00 |

PHARMACIST-IN-CHARGE
THE FOLLOWING CERTIFICATION MUST BE SIGNED BY THE PHARMACIST-IN-CHARGE. I CERTIFY, UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE STATE OF CALIFORNIA, THAT ALL STATEMENTS (ATTACHED HERETO, ARE TRUE AND ACCURATE.
G. SIGNATURE _____

WILL THIS PHARMACY DISPENSE REPLACEMENT CONTACT LENSES TO PATIENTS?   H. YES ___   I. NO ___
BY YOUR AFFIRMATIVE ANSWER YOUR PHARMACY NAME WILL BE PROVIDED TO THE MEDICAL BOARD OF CALIFORNIA AND YOU WILL BE IN COMPLIANCE WITH SECTION 4124 OF THE BUSINESS AND PROFESSIONS CODE.

KENNETH ROAD PHARMACY INC
1400 W KENNETH RD
GLENDALE CA 91201

72001608251608251000502146010501150003310000048100

04-652210



# State of California
## Kevin Shelley
### Secretary of State
**STATEMENT OF INFORMATION**
(Domestic Stock Corporation)

**ENDORSED - FILED**
In the office of the Secretary of State
of the State of California

FEB 2 0 2004

KEVIN SHELLEY, Secretary of State

FEES (Filing and Disclosure): $25.00.    If amendment, see instructions.
IMPORTANT — READ INSTRUCTIONS BEFORE COMPLETING THIS FORM

1. CORPORATE NAME: (Please do not alter if name is preprinted.)
PARK WEST PHARMACY, INC.
7230 MEDICAL CENTER DRIVE, #160  #106 MK
WEST HILLS, CALIFORNIA 91307-4003

This Space For Filing Use Only

CALIFORNIA CORPORATE DISCLOSURE ACT (Corporations Code section 1502)

2. ☐ CHECK HERE IF THE CORPORATION IS PUBLICLY TRADED. IF PUBLICLY TRADED, COMPLETE THIS STATEMENT OF INFORMATION AND THE CORPORATE DISCLOSURE STATEMENT (FORM SI-PTSUPP). SEE ITEM 2 OF INSTRUCTIONS.

COMPLETE ADDRESSES FOR THE FOLLOWING (Do not abbreviate the name of the city. Items 3 and 4 cannot be PO Boxes.)

3. STREET ADDRESS OF PRINCIPAL EXECUTIVE OFFICE — #106 MK — CITY AND STATE: WEST HILLS, CALIFORNIA — ZIP CODE: 91307-4003
MARGARITA KAZARIAN 7230 MEDICAL CENTER DRIVE, #160

4. STREET ADDRESS OF PRINCIPAL BUSINESS OFFICE IN CALIFORNIA, IF ANY — #106 MK — CITY: WEST HILLS — STATE: CA — ZIP CODE: 91307-4003
MARGARITA KAZARIAN 7230 MEDICAL CENTER DRIVE, #160

5. MAILING ADDRESS — #106 MK — CITY AND STATE: WEST HILLS, CALIFORNIA — ZIP CODE: 91307
7230 MEDICAL CENTER DRIVE, #160

NAMES AND COMPLETE ADDRESSES OF THE FOLLOWING OFFICERS (The corporation must have these three officers. A comparable title for the specific officer may be added; however, the preprinted titles on this statement must not be altered.)

6. CHIEF EXECUTIVE OFFICER/
MARGARITA KAZARIAN

7. SECRETARY/
MARGARITA KAZARIAN

8. CHIEF FINANCIAL OFFICER/
MARGARITA KAZARIAN

NAMES AND COMPLETE ADDRESSES OF ALL DIRECTORS, INCLUDING DIRECTORS WHO ARE ALSO OFFICERS (The corporation must have at least one director. Attach additional pages, if necessary.)

9. NAME: MARGARITA KAZARIAN

10. NAME:

11. NAME:

12. NUMBER OF VACANCIES ON THE BOARD OF DIRECTORS, IF ANY:

AGENT FOR SERVICE OF PROCESS
- If an individual, the agent must reside in California and Item 14 must be completed with a California address.
- If another corporation, the agent must have on file with the California Secretary of State a certificate pursuant to Corporations Code section 1505 and Item 14 must be left blank.

13. NAME OF AGENT FOR SERVICE OF PROCESS

14. ADDRESS OF AGENT FOR SERVICE OF PROCESS IN CALIFORNIA, IF AN INDIVIDUAL

TYPE OF BUSINESS

15. DESCRIBE THE TYPE OF BUSINESS OF THE CORPORATION
PHARMACY

16. BY SUBMITTING THIS STATEMENT OF INFORMATION TO THE SECRETARY OF STATE, THE CORPORATION CERTIFIES THE INFORMATION CONTAINED HEREIN, INCLUDING ANY ATTACHMENTS, IS TRUE AND CORRECT.

MARGARITA KAZARIAN — SIGNATURE — PRESIDENT — 02/17/04
TYPE OR PRINT NAME OF OFFICER OR AGENT — TITLE — DATE

APPROVED BY SECRETARY OF STATE

SI-200 C (REV 04/2003)

**PARK WEST PHARMACY INC**
7230 MEDICAL CENTER DR STE 106
WEST HILLS, CA 91307-4003

3538
16-24/1220 4565
0024071466

DATE 4/15/14

PAY TO THE ORDER OF: Board of Pharmacy

$ 256 00/XX

Two hundred fifty six 00/XX DOLLARS

WELLS FARGO — Wells Fargo Bank, N.A. California — wellsfargo.com

FOR PHY 46623

---

IF ANY OF THE FOLLOWING INFORMATION IS INCORRECT PLEASE CONTACT THE BOARD.

| NAME | TITLE | % OWNED |
|---|---|---|
| PARK WEST PHARMACY INC | CORPORATION | 0 |
| MARGARITA KAZARIAN | PRESIDENT | 100 |
| MARGARITA KAZARIAN | PHARMACIST-IN-CHARGE | 0 |

RETURN THIS FORM WITH ADDRESS BELOW VISIBLE IN THE RETURN ENVELOPE WINDOW. BE SURE TO INCLUDE YOUR CHECK.

PART 2

STATE OF CALIFORNIA
DEPARTMENT OF CONSUMER AFFAIRS
P O BOX 942533
SACRAMENTO CA 94258-0533

02/01/14  7200  PHY 46623
02/03/14

---

**LICENSE RENEWAL APPLICATION FOR RETAIL PHARMACY**

PART 3
02/01/14
02/03/14

Board of Pharmacy

J. ___ YES, I WISH TO CONTRIBUTE TO THE PHARMACIST SCHOLARSHIP AND LOAN REPAYMENT PROGRAM AND HAVE INCLUDED $25 WITH MY RENEWAL FEE.

THE FOLLOWING CERTIFICATION MUST BE SIGNED BY THE OWNER, IF AN INDIVIDUAL OWNERSHIP; A PAR IF A PARTNERSHIP; OR CORPORATE OFFICER, IF A CORPORATION. I CERTIFY, UNDER PENALTY OF PERJI UNDER THE LAWS OF THE STATE OF CALIFORNIA, THAT ALL STATEMENTS, ANSWERS AND REPRESENTA THIS APPLICATION, ARE TRUE AND ACCURATE.

F. SIGNATURE     PRINT NAME MARGARITA KAZAR

DOES THIS PHARMACY COMPOUND PARENTERAL SOLUTIONS FOR PATIENTS AT HOME? (CHECK ONE)
A. YES ___  B. NO X

LICENSE NO: PHY 46623
LICENSE EXPIRES: 05/01/14
AMOUNT DUE: $256.00

DELINQUENT FEE IF POSTMARKED AFTER 05/01/14
$381.00

PHARMACIST-IN-CHARGE
THE FOLLOWING CERTIFICATION MUST BE SIGNED BY THE PHARMACI CHARGE. I CERTIFY, UNDER PENALTY OF PERJURY UNDER THE LAWS THE STATE OF CALIFORNIA, THAT ALL STATEMENTS ATTACHED HER ARE TRUE AND ACCURATE.
G. SIGNATURE

WILL THIS PHARMACY DISPENSE REPLACEMENT CONTACT LENSES TO PATIENTS? H. YES ___ I. NO X
BY YOUR AFFIRMATIVE ANSWER YOUR PHARMACY NAME WILL BE PRO TO THE MEDICAL BOARD OF CALIFORNIA AND YOU WILL BE IN COM WITH SECTION 4124 OF THE BUSINESS AND PROFESSIONS CODE.

PARK WEST PHARMACY
7230 MEDICAL CENTER DR #106
WEST HILLS CA 91307-4003

# EXHIBIT 2

YOUR RETURN MAILING ADDRESS
NAME: Mihran Stepanyan
ADDRESS: [redacted]
CITY: [redacted] STATE: [redacted] ZIP CODE: [redacted]

2014 060212
FILED
Mar 06 2014
Dean C. Logan, Registrar-Recorder/County Clerk

# FICTITIOUS BUSINESS NAME STATEMENT

TYPE OF FILING AND FILING FEE (Check one)

- ☒ Original- $26.00 (FOR ORIGINAL FILING WITH ONE BUSINESS NAME ON STATEMENT)
- ☐ New (Amended) Filing- $26.00 (CHANGES IN FACTS FROM ORIGINAL FILING- REQUIRES PUBLICATION)
- ☐ Refile- $26.00 (NO CHANGES IN THE FACTS FROM ORIGINAL FILING)

$5.00- FOR EACH ADDITIONAL BUSINESS NAME FILED ON SAME STATEMENT, DOING BUSINESS AT THE SAME LOCATION $5.00- FOR EACH ADDITIONAL OWNER IN EXCESS OF ONE OWNER

The following person(s) is (are) doing business as:

1. CHEZ SALON AND SPA
2. 
Print Fictitious Business Name(s)

** 14006 Riverside Dr. #528
Street address of principal place of business
Sherman Oaks CA 91423 LA
City State Zip County

Mailing address if different
City State Zip

Articles of Incorporation or Organization Number (if applicable). AI #ON _____

### REGISTERED OWNER(S)

1. Mihran STEPANYAN
Full Name/Corp/LLC (P.O. Box not accepted)
Residence Address [redacted]
City State Zip
If Corporation or LLC – Print State of Incorporation/Organization

2. 
Full Name/Corp/LLC (P.O. Box not accepted)
Residence Address
City State Zip
If Corporation or LLC – Print State of Incorporation/Organization

3. 
Full Name/Corp/LLC (P.O. Box not accepted)
Residence Address
City State Zip
If Corporation or LLC – Print State of Incorporation/Organization

4. 
Full Name/Corp/LLC (P.O. Box not accepted)
Residence Address
City State Zip
If Corporation or LLC – Print State of Incorporation/Organization

IF MORE THAN FOUR REGISTRANTS, ATTACH ADDITIONAL SHEET SHOWING OWNER INFORMATION

**** THIS BUSINESS IS CONDUCTED BY: (Check one)
- ☒ an Individual   ☐ a General Partnership   ☐ a Limited Partnership   ☐ a Limited Liability Company
- ☐ an Unincorporated Association other than a Partnership   ☐ a Corporation   ☐ a Trust   ☐ Copartners
- ☐ a Married Couple   ☐ Joint Venture   ☐ State or Local Registered Domestic Partners   ☐ a Limited Liability Partnership

***** The date registrant commenced to transact business under the fictitious business name or names listed above on NA
(Insert N/A above if you haven't started to transact business)

I declare that all information in this statement is true and correct.
(A registrant who declares as true any material matter pursuant to Section 17913 of the Business and Professions Code that the registrant knows to be false is guilty of a misdemeanor punishable by a fine not to exceed one thousand dollars ($1,000)).

REGISTRANT/CORP/LLC NAME (PRINT) Mihran Stepanyan    TITLE Owner
REGISTRANT SIGNATURE [signature]    IF CORP OR LLC, PRINT NAME _____

If corporation, also print corporate title of officer. If LLC, also print title of officer or manager.

This statement was filed with the County Clerk of LOS ANGELES on the date indicated by the filed stamp in the upper right corner.
NOTICE – IN ACCORDANCE WITH SUBDIVISION (a) OF SECTION 17920, A FICTITIOUS NAME STATEMENT GENERALLY EXPIRES AT THE END OF FIVE YEARS FROM THE DATE ON WHICH IT WAS FILED IN THE OFFICE OF THE COUNTY CLERK, EXCEPT, AS PROVIDED IN SUBDIVISION (b) OF SECTION 17920, WHERE IT EXPIRES 40 DAYS AFTER ANY CHANGE IN THE FACTS SET FORTH IN THE STATEMENT PURSUANT TO SECTION 17913 OTHER THAN A CHANGE IN THE RESIDENCE ADDRESS OF A REGISTERED OWNER. A NEW FICTITIOUS BUSINESS NAME STATEMENT MUST BE FILED BEFORE THE EXPIRATION. EFFECTIVE JANUARY 1, 2014 THE FICTICIOUS BUSINESS NAME STATEMENT MUST BE ACCOMPANIED BY THE AFFIDAVIT OF IDENTITY FORM

THE FILING OF THIS STATEMENT DOES NOT OF ITSELF AUTHORIZE THE USE IN THIS STATE OF A FICTITIOUS BUSINESS NAME IN VIOLATION OF THE RIGHTS OF ANOTHER UNDER FEDERAL, STATE, OR COMMON LAW (SEE SECTION 14411 ET SEQ., BUSINESS AND PROFESSIONS CODE).

I HEREBY CERTIFY THAT THIS COPY IS A CORRECT COPY OF THE ORIGINAL STATEMENT ON FILE IN MY OFFICE

DEAN C. LOGAN, LOS ANGELES COUNTY CLERK    BY: [signature] Deputy

Rev. 01/2014    P O BOX 1208, NORWALK, CA 90651-1208    PH: (562) 462-2177    WEB ADDRESS: LAVOTE.NET



# Los Angeles County
## Registrar-Recorder/County Clerk

| 🏠 | VOTING & ELECTIONS | RECORDS | COUNTY CLERK | NEWS ROOM | PUBLICATIONS | SITE MAP | ↪ |

**Naming Your Business: Fictitious Business Name Search Results**

Results for name: *CHEZ SALON*

**NAME NOT FOUND**

| FICTITIOUS BUSINESS NAME | DOCUMENT NO. | LEGACY DOCUMENT NO. | DATE FILED |
|---|---|---|---|
| CHEZ SALON AND SPA | 2014060212 | | 3/6/2014 |

| New Search |

**FBN Amendment:**
- Last Renewal Date
- Original Filing Search
- Add Business Names
- Business Address
- Registered Owner
- Signature
- Additional Information
- Preview

Search for the existing FBN:

Filing Number: 

Business Name: 

Owner Name: 

[Search]

Search results for: 2014060212

[Select]  **FILING NUMBER: 2014060212 FILED TS: 03/06/2014 EXPIRE TS: 03/06/2019**
BUSINESS ADDRESS: 14006 RIVERSIDE DR #522   CITY: SHERMAN OAKS   STATE: CA   ZIP: 91423

**Business Names**
CHEZ SALON AND SPA

**Owner Names** | Address | Address Add. | City | State | Zip Code
MIHRAN STEPANYAN

1

Instructions for Completion

[Previous]

# EXHIBIT 3

**citibank**

CHEZ SALON AND SPA

Page 5 of 20
001/R#21F013

Statement Period: Apr 1 - Apr 30, 2015

Note: Imaged checks can be used as evidence of payment. Imaged checks appear in numeric order. Non-numbered checks will appear first. Non-check items will appear last.

Check images for account #



Ck Date: 04/06/2015 Ck No: 1499 Amt: $372.00



Ck Date: 04/09/2015 Ck No: 1502 Amt: $1050.00



Ck Date: 04/09/2015 Ck No: 1504 Amt: $300.00



Ck Date: 04/02/2015 Ck No: 1508 Amt: $300.00



Ck Date: 04/06/2015 Ck No: 1513 Amt: $372.00



Ck Date: 04/17/2015 Ck No: 1514 Amt: $3369.00



Ck Date: 04/17/2015 Ck No: 1515 Amt: $3547.00



Ck Date: 04/09/2015 Ck No: 1517 Amt: $300.00



Ck Date: 04/13/2015 Ck No: 1518 Amt: $142.20



Ck Date: 04/07/2015 Ck No: 1519 Amt: $149.00

CHEZ SALON AND SPA
Statement Period: Apr 1 - Apr 30, 2015

Note: Imaged checks can be used as evidence of payment. Imaged checks appear in numeric order. Non-numbered checks will appear first. Non-check items will appear last.
Check images for account #


Ck Date: 04/06/2015 Ck No: 1520 Amt: $297.00


Ck Date: 04/02/2015 Ck No: 1521 Amt: $330.00


Ck Date: 04/01/2015 Ck No: 1522 Amt: $282.00


Ck Date: 04/01/2015 Ck No: 1523 Amt: $100.00


Ck Date: 04/01/2015 Ck No: 1524 Amt: $110.00


Ck Date: 04/06/2015 Ck No: 1525 Amt: $420.00


Ck Date: 04/06/2015 Ck No: 1526 Amt: $147.50


Ck Date: 04/03/2015 Ck No: 1528 Amt: $236.80


Ck Date: 04/01/2015 Ck No: 1531 Amt: $146.06


Ck Date: 04/17/2015 Ck No: 1532 Amt: $3185.00



**1532**
DATE 3/30/15
TO Arthur Stepanyan
FOR 3/17 – 3/23
TOTAL 3,185

**1533**
DATE 3/30/15
TO [redacted]
FOR Westfield Fashion Square Rent for April
TOTAL 12,250

**1534**
DATE 3/30/15
TO [redacted]
FOR 3/17 – 3/23
TOTAL 372





**1592**
DATE 4/20/15
TO ████████
TOTAL 604
FOR 4/7 - 4/13

**1593**
DATE 4/20/15
TO Arthur Stepanyan
TOTAL 3,603
FOR 4/7 - 4/13

**1594**
DATE 4/21/15
TOTAL 450