MELINDA HAAG (CABN 132612)
United States Attorney

DAVID R. CALLAWAY (CABN 121782)
Chief, Criminal Division

W.S. WILSON LEUNG (CABN 190939)
Assistant United States Attorney

    450 Golden Gate Ave., Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-6758
    Fax: (415) 436-6753
    E-Mail: wilson.leung@usdoj.gov

Attorneys for the United State of America

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> v. <br><br> ARTUR STEPANYAN, <br><br> Defendant. | No. 15-CR-234-CRB <br><br> PETITION FOR AND WRIT OF HABEAS CORPUS AD PROSEQUENDUM |

To the Honorable Joseph C. Spero, Chief United States Magistrate Judge for the Northern District of California:

The United States of America respectfully petitions the Court to issue a Writ of Habeas Corpus Ad Prosequendum for the detainee,

ARTUR STEPANYAN,

who is presently in the custody of Immigration and Customs Enforcement at Rio Cosumnes Correctional Center in Elk Grove, California.

The detainee is required to appear in the above-referenced matter forthwith for a status conference in the above-captioned matter scheduled for September 25, 2015, at 10 am before the Honorable Charles R. Breyer. His place of custody, identifying information, and custodian are set forth

in the requested Writ, attached hereto.

DATED: August 31, 2015

Respectfully submitted,

MELINDA HAAG
United States Attorney

By: /s/
W.S. WILSON LEUNG
Assistant United States Attorney

IT IS SO ORDERED.

DATED: September 1, 2015

HONORABLE SALLIE KIM
United States Magistrate Judge

THE PRESIDENT OF THE UNITED STATES OF AMERICA

To: Donald M. O'Keefe, United States Marshal for the Northern District of California and any of his Deputies; and the Jailor, Warden, Sheriff, or other Official of Rio Cosumnes Correctional Center in Elk Grove, California, and Immigration and Customs Enforcement.

GREETINGS

WE COMMAND that you have and produce the body of

ARTUR STEPANYAN,

(DOB: XXXXXXXXXXXXXX), in your custody in the above-referenced institution, on or before September 24, 2015, to the United States District Court for the Northern District of California, 450 Golden Gate Avenue, San Francisco, California 94102, so that ARTUR STEPANYAN may then appear for a status conference before the Honorable Charles R. Breyer of the United States District Court for the Northern District of California at 10 am on September 25, 2015. Immediately thereafter, you shall return the prisoner to the above-referenced institution, or abide by whatever further order the Court may make concerning his custody.

WE FURTHER COMMAND that if the prisoner is to be released from custody in the above-referenced institution, the prisoner be delivered to the United States Marshal or any of his authorized deputies pursuant to this writ.

WITNESS the Honorable Joseph C. Spero, Chief United States Magistrate Judge for the Northern District of California.

DATED:                              CLERK   **RICHARD W. WIEKING**
                                    UNITED STATES DISTRICT COURT
                                    NORTHERN DISTRICT OF CALIFORNIA

                                    DEPUTY CLERK