THOMAS A. MESEREAU JR, SBN 91182
10100 Santa Monica Boulevard, Suite 300
Los Angeles, California 90067
Tel: 310-651-9960
Fax: 310-772-2295

KAREN MCCONVILLE, SBN 269234
Pier 9, Suite 100
San Francisco, CA 94111

Attorney's for
ARTUR STEPANYAN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ARTUR STEPANYAN,<br><br>Defendant. | Case No. CR-15-234<br><br>STIPULATION AND [PROPOSED] ORDER TO MODIFY CONDITIONS OF RELEASE TO PERMIT REMOVAL OF ELECTRONIC MONITORING FOR AIR TRAVEL |

Defendant, Artur Stepanyan, by and through counsel hereby requests an order modifying

his conditions of release as set by the Court on July 23, 2015, so that he may remove electronic

monitoring for the purposes of air travel to attend Court appearances in Cincinnati and attend

legal visits with co-counsel in San Francisco to review discovery.

As this court is aware Mr. Stepanyan is indicted in the Southern District of Ohio, Cincinnati

in the United States v. Stepanyan, Case No. CR-1-15-052. Mr. Stepanyan's first Court date is

-1-

currently set for October 29, 2015 at 1:30pm for arraignment before the Honorable Karen L. Litkovitz, United States Magistrate Judge. Mr. Stepanyan previously requested permission from this Court for out of district travel and was granted such.  However, Pretrial services in Los Angeles and San Francisco has since advised Mr. Stepanyan and defense counsel that a Court order specifying the removal of electronic monitoring for such travel is required.

Furthermore, co-counsel in San Francisco is in receipt of discovery in this case and continues to receive such on an ongoing basis. A Protective Order in this case governs discovery. On occasion Mr. Stepanyan will need to view discovery in the possession of counsel at her office in San Francisco. Mr. Stepanyan requests travel via air on these occasions.

Therefore, the following modified conditions are requested:

1. Mr. Stepanyan shall provide his Pretrial Services officer in Los Angeles, at least 48 hours before his departure, confirmation of a Court appearance in Cincinnati and an itinerary detailing his travel arrangements to Cincinnati that will include transportation and accommodation details for his stay.

2. With the prior approval of Pretrial services Mr. Stepanyan shall be permitted to remove electronic monitoring for travel via air to Cincinnati for his Court appearance on October 29, 2015 and all future required Court appearances.

3. Mr. Stepanyan will upon his return to Los Angeles report immediately to Pretrial Services or on the next available business day, if they are closed on the day of his return, to be placed back on electronic monitoring.

4. Mr. Stepanyan shall provide Pretrial services at least 24 hours before his departure, confirmation of an appointment with legal counsel in San Francisco and an itinerary detailing his travel arrangements to San Francisco that will include transportation and

STIPULATION AND PROPOSED ORDER TO
MODIFY CONDITIONS OF RELEASE

1    accommodation details for his stay.

2    5.   With the prior approval of Pretrial services Mr. Stepanyan shall be permitted to remove

3        electronic monitoring for travel via air to San Francisco to meet with legal counsel as

4        needed.

5
6    6.   Mr. Stepanyan will upon his return to Los Angeles report immediately to Pretrial Services

7        or on the next available business day, if they are closed on the day of his return, to be

8        placed back on electronic monitoring after scheduled visits with legal counsel.

9        The Government does not oppose this request to modify Mr. Stepanyan's conditions of

10   release.

11
12   Dated: 10.5.15                                Respectfully submitted,

13

14                                                By: _____/s/_____
                                                     Thomas A. Mesereau Jr
15

16                                                By: _____/s/_____
17                                                   Karen McConville
                                                     Attorneys Artur Stepanyan
18

19                                                By: _____/s/_____
20                                                   Wilson Leung
                                                     Assistant United States Attorney
21

22
     **IT IS SO ORDERED:**
23

24   Dated: _____               _____

25                                                UNITED STATES MAGISTRATE JUDGE

26

27
     STIPULATION AND PROPOSED ORDER TO
28   MODIFY CONDITIONS OF RELEASE
                                          -3-