1  THOMAS A. MESEREAU JR, SBN 91182
   10100 Santa Monica Boulevard, Suite 300
2  Los Angeles, California 90067
   Tel: 310-651-9960
3  Fax: 310-772-2295

4  KAREN MCCONVILLE, SBN 269234
   Pier 9, Suite 100
5  San Francisco, CA 94111

6  Attorney's for
   ARTUR STEPANYAN

7

8                      UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                       SAN FRANCISCO DIVISION

11

12  UNITED STATES OF AMERICA,          Case No. CR-15-234

13              Plaintiff,             STIPULATION AND [PROPOSED] ORDER
                                       TO MODIFY CONDITIONS OF RELEASE
14        v.                           FOR CHILDCARE AND EMPLOYMENT
                                       PURPOSES
15  ARTUR STEPANYAN,

16              Defendant.

17

18

19

20        Defendant, Artur Stepanyan, by and through counsel hereby requests an order modifying

21  his conditions of release as set by the Court on July 23, 2015 to permit Mr. Stepanyan to leave

22  his home for childcare and employment purposes.

23        Pretrial services officer for the Northern District of California, Denise Mancia, approves of

24  a curfew which permits Mr. Stepanyan to leave his home from the hours of 6am to 8pm

25  Monday to Saturday for childcare and employment purposes. Mr. Stepanyan has secured a

26

27                                          -1-

28  STIPULATION AND PROPOSED ORDER TO
    MODIFY CONDITIONS OF RELEASE

position as a sales representative in the Los Angeles County for Meritt International.

The Government does not oppose this request to modify Mr. Stepanyan's conditions of release.

Dated: 12.8.15                                    Respectfully submitted,


By:  _____/s/_____
      Thomas A. Mesereau Jr


By:  _____/s/_____
      Karen McConville
      Attorneys Artur Stepanyan


By:  _____/s/_____
      Damali Taylor
      Assistant United States Attorney


**IT IS SO ORDERED:**

Dated:  F gego dgt": ."4237

UNITED STATES F KVT KEV JUDGE