In the United States District Court

For the Northern District of California

District Judge CHARLES R. BREYER

**AMENDED CRIMINAL MINUTES**

**Date:** May 4, 2016                                         **Time:**   27 minutes

                                                                                 **Court Reporter:**  Rhonda Aquilina

**Case No. and Name:**   CR-15-0234 CRB   USA Ara Karadeyan, et al.

Arthur Stepanyan, Khacing Geuydijian, Sevak Gharghani, Asatour Magzanyan, Hugo Marquez, Michael Inman, Alexander Soliman, David Miller, James Russo, Yan German, Ararat Yesayan and Ilia Nalbans present all other defendants have their waivers of appearance on file.

**Attorneys:**   **(P)** Damali Taylor, Claudia Quiroz, Marc Wolf, Andrew Dawson

                  **(D)** Jessica Nall, Donald Re, Michael Stepanian also for G Mgdesyan, Thomas Mesereau, Jr., Karen McConville, Doron Weinberg, Josh Cohen, William Osterhoudt also for J Kaplan and E Harris, Frank Moore, Garo Gharzarian also for H Messrelian, L Crawford, J Tahmazian and S Nigoghosian, Clauditte Sardarian, Thomas Johnston, Mary McNamara, Gilbert Geilim-Morales, Patrick McLaughlin, Kenneth Reed also for M ter Poorten, Jai Gohel, Jeffrey Brodey, Angela Machala, Humberto Diaz, Gary Kaufman, Richard Hirsch, John Cline, K.C. Maxwell, Davie Scott, Ethan Balogh, David Andersen, Daniel Blank, Pam Herzig, John Stanley, David Elden, Miranda Kane and Erik Levin.

**Russian Interpreters:** Yanina Gotsulsky, Marina Brodskaya

**Deputy Clerk:**  Barbara Espinoza

### PROCEEDINGS:

Motions to dismiss
Motion for Bill of Particulars
Status conference

### SUMMARY:

The Court denies all motions to dismiss and motion for bill of particulars.  Regarding defendants' request to review grand jury materials, the parties are directed to brief whether defendants are entitled to review or request in camera review of those materials.  Parties are to meet and confer regarding discovery and Jenks.   In the event defendant wishes to waive their appearance at the next hearing set, they are to file a waiver of appearance.  Time excluded.

Status conference set for July 27, 2016 at 12:00 p.m.