1 | THOMAS A. MESEREAU JR, SBN 91182
10100 Santa Monica Boulevard, Suite 300
2 | Los Angeles, California 90067
Tel: 310-651-9960
3 | Fax: 310-772-2295

4 | KAREN MCCONVILLE, SBN 269234
Pier 9, Suite 100
5 | San Francisco, California 94111
Tel: 415-786-7806
6 | Fax: 415-226-0518

7 | Attorneys for
ARTUR STEPANYAN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

UNITED STATES OF AMERICA,          Case No. CR-15-234

         Plaintiff,

    v.                              **REQUEST FOR JUDICIAL NOTICE**

ARTUR STEPANYAN,

         Defendant.

On May 4, 2016, following a status conference on the above referenced case, counsel for Artur Stepanyan, at the request of your honor, contacted the clerk of the Court for U.S. District Judge Timothy S. Black. Counsel requested that the hearing for the pending Rule 21 motion, then set for July 20, 2016, be advanced in order that proceedings could move forward in the related case in the Northern District of California.

Co-counsel, Karen McConville, offered her availability for an earlier hearing at the

-1-
REQUEST FOR JUDICIAL NOTICE

Court's convenience or a telephonic hearing and additionally offered to waive oral argument in order to advance the matter before the Court. Counsel for Mihran Stepanyan, joined in this request. On May 7, 2016, Judge Black's clerk responded to this request by advising counsel that:

> "in an effort to be responsive to the Northern District of California, the Court intends to move expeditiously to resolve the Rule 21 motions. (Docs. 59, 61). Having reviewed the motions, the Court has determined that a hearing and oral argument are not required and the motions are now ripe for decision. Accordingly, the Court is vacating the July 20, 2016 hearing and will rule on the motions expeditiously."

Furthermore, on May 9, 2016 the Court caused a Notation Order to be issued indicating the following:

> "Having been informed of the status of the related criminal case pending in the Northern District of California, and at the request of counsel for Defendants Artur and Mihran Stepanyan, as copied to all parties, this Court has reviewed the pending Rule 21 motions (Docs. [59], [61]) and has determined that a hearing and oral argument are not required. The motions are now ripe for decision. Accordingly, the Court vacates the July 20, 2016 hearing (Not. Order, Apr. 22, 2016) and will rule on the motions expeditiously. As the motions are now under advisement, time is tolled pursuant to 18 U.S.C. § 3161(h)(1)(H). IT IS SO ORDERED by Judge Timothy S. Black on 5/9/2016."

Counsel for Artur Stepanyan file this notice in order to inform the Court of their compliance with the Court's request at the May 4, 2016 hearing and to notify the Court that the Rule 21 motions will be decided expeditiously by the Court in Southern District of Ohio

REQUEST FOR JUDICIAL NOTICE

Dated: 5.9.16                                    Respectfully submitted,


                                                 By:      /s/
                                                       Thomas A. Mesereau Jr


                                                 By:      /s/
                                                       Karen McConville
                                                       Attorneys for Artur Stepanyan

REQUEST FOR JUDICIAL NOTICE

-3-