BARBARA J. VALLIERE (DCBN 439353)
Chief, Criminal Division
Attorney for the United States
Acting Under Authority Conferred by 28 U.S.C. § 515

BARBARA J. VALLIERE (DCBN 439353)
Chief, Criminal Division

DAMALI A. TAYLOR (CABN 262489)
MARC PRICE WOLF (CABN 254495)
CLAUDIA A. QUIROZ (CABN 254419)

Assistant United States Attorneys

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7200
FAX: (415) 436-6753
damali.taylor@usdoj.gov
marc.wolf@usdoj.gov
claudia.quiroz@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ARA KARAPEDYAN, et al.,<br><br>Defendants. | Case No. CR 15-0234 CRB<br><br>**UNITED STATES' STATEMENT IN ADVANCE OF OCTOBER 26 STATUS CONFERENCE** |

Based on the flurry of defense filings on Friday, October 21, 2016 (*see* Docket Nos. 740-743), it would appear that: 1) no defendant would like to be in the first (September 17, 2017) trial group; and 2) no defendant has committed any crimes. The government has a different view. However, to date, no defendant has contacted government counsel to set a briefing schedule for any motion. Counsel for defendant Ter-Mkrtchyan and AUSA Taylor began discussions about setting briefing and hearing dates for his severance motion at some time in the next couple of months. Of course, government counsel is not in a position to respond to a host of unnoticed, substantive motions days before the status conference. The government therefore respectfully requests that counsel for those defendants seeking severance (or discovery) should meet and confer with the undersigned regarding briefing schedules, so that the relevant issues may be properly briefed, argued and considered by the Court.

DATED: October 24, 2016

BARBARA J. VALLIERE

Attorney for the United States
Acting Under Authority Conferred by
28 U.S.C. § 515

_________/s/____________________
DAMALI A. TAYLOR
MARC PRICE WOLF
CLAUDIA A. QUIROZ
Assistant United States Attorneys