**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

ARA KARAPEDYAN, ET AL.,

Defendants.
_______________________________________/

No. 3:15-cr-00234-CRB

**ORDER VACATING STATUS CONFERENCE AND DIRECTING PARTIES TO SET BRIEFING SCHEDULE**

To avoid further flurries of unnoticed, substantive motions, the Court ORDERS the parties to confer and set an orderly briefing schedule regarding objections to discovery and trial groupings. The Court also VACATES the status conference set for October 26, 2016 and SETS a status conference for December 14, 2016.

**IT IS SO ORDERED.**

Dated: October 26, 2016

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE