1  John D. Cline (State Bar No. 237759)
   cline@johndclinelaw.com
2  LAW OFFICE OF JOHN D. CLINE
   235 Montgomery Street, Suite 1070
3  San Francisco, CA  94104
   Telephone: (415) 322-8319
4  Facsimile: (415) 524-8265

5  BROWNE GEORGE ROSS LLP
   K.C. Maxwell (State Bar No. 214701)
6    kmaxwell@bgrfirm.com
   101 California Street, Suite 1225
7  San Francisco, California 94111
   Telephone: (415) 391-7100
8  Facsimile: (415) 391-7198

9  Attorneys for Defendant David Miller

10                UNITED STATES DISTRICT COURT

11              NORTHERN DISTRICT OF CALIFORNIA

12                 SAN FRANCISCO DIVISION

13

14  UNITED STATES OF AMERICA,          Case No. 3:15-cr-00234-CRB

15              Plaintiff,             The Hon. Charles R. Breyer

16       vs.                          **STIPULATION AND [PROPOSED]
                                       ORDER:**
17  ARA KARAPEDYAN, et al.,,
                                       **(1) CONTINUING STATUS
18              Defendants.            CONFERENCE; AND**

19                                     **(2) EXCLUDING TIME PURSUANT TO
                                       THE SPEEDY TRIAL ACT**
20

21

22

23

24

25

26

27

28

1      Defendants Mihran Stepanyan, Artur Stepanyan, Khachig Geuydjian, Arman Petrosyan,

2  Lanna Karapedyan, Sevak Gharghani, Jean Dukmajian, Karine Dukmajian, Angela Dukmajian,

3  Arman Danielian, Asatour Magzanyan, Hugo Marquez, Arman Zargaryan, Araxia Nazaryian,

4  Alexander Soliman, Cheryl Barndt, Eric Figueroa, Marc Asheghian, Michael Ashegian, David

5  Miller, Javier Ramirez, Yan German, Stanley Azrilyan, Ilia Nalbans and the United States of

6  America, by and through their respective counsel indicated below, move for order continuing the

7  status conference in this case from January 31, 2018 to May 23, 2018, and for an exclusion of time

8  pursuant to the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(7)(A) and (B)iv, between January 31,

9  2018, and May 23, 2018.  The reason for the continuance and the time exclusion is as follows:

10     At a prior hearing, this Court ordered Defendants to, among other things, prepare a list of

11  potential motions for discussion at the January 31, 2018 status conference.  The Government is

12  still in the process of producing discovery to Defendants, and does not anticipate completing that

13  production before the currently scheduled status conference.  Consequently, Defendants will not

14  be able to review the outstanding discovery and present to this Court a full list of their intended

15  motions.

16     For these reasons, the parties hereby stipulate that there is good cause to continue the status

17  conference from January 31, 2018, to May 23, 2018 at 1:30 p.m.

18     The parties further stipulate that there is good cause to exclude the time from January 31,

19  2018 to May 23, 2018, from computation under the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(7)(A)

20  and (B)(iv), so that defense counsel can further investigate this matter, review discovery, and

21  confer with the defendants.  The parties further stipulate that failing to exclude that time would

22  unreasonably deny the defendants and their counsel the reasonable time necessary for effective

23  preparation of counsel, taking into account the exercise of due diligence. 18 U.S.C. §§

24  3161(h)(7)(A) and (B)(iv).  The parties further agree that the ends of justice would be served by

25  excluding that time from computation under the Speedy Trial Act and that the need for the

26  exclusion outweighs the best interests of the public and the defendants in a speedy trial.

27  / / /

28  / / /

STIPULATION AND [PROPOSED] ORDER CONTINUING STATUS CONF. & EXCLUDING TIME

1      IT IS SO STIPULATED.

2

3      Dated:  January 24, 2018                    Respectfully submitted,
                                                   BROWNE GEORGE ROSS LLP

4                                                  By:              /s/
5                                                         K.C. Maxwell
                                                   Attorneys for Defendant #28
6                                                  DAVID MILLER

7                                                  Law Offices of John D. Cline

8                                                                /s/
9                                                         John D. Cline
                                                   Attorneys for Defendant #28
10                                                 DAVID MILLER

11                                                 Law Offices of Michael Stepanian

12
                                                                 /s/
13                                                       Michael Stepanian
                                                   Attorneys for Defendant #2
14                                                 MIHRAN STEPANYAN

15                                                 Jennifer Lynne Naegele, Attorney at Law

16
                                                                 /s/
17                                                       Jennifer Lynne Naegele
18                                                 Attorneys for Defendant #2
                                                   MIHRAN STEPANYAN
19
                                                   Donald M. Re, PC
20
                                                                 /s/
21                                                       Donald M. Re
22                                                 Attorneys for Defendant #2
                                                   MIHRAN STEPANYAN
23
                                                   Law Offices of Karen McConville
24
                                                                 /s/
25                                                       Karen McConville
26                                                 Attorneys for Defendant #3
                                                   ARTUR STEPNAYAN
27

28

Mesereau Law Group

/s/
Thomas Arthur Mesereau, Jr.
Attorneys for Defendant #3
ARTUR STEPNAYAN

Law Offices of Harout Messrelian

/s/
Harout A. Messrelian
Attorneys for Defendant #5
KHACHIG GEUYDJIAN

Laura Catherine Crawford, Esq.

/s/
Laura Catherine Crawford
Attorneys for Defendant #6
ARMAN PETROSYAN

Law Offices of Mgdesyan and Taheripour

/s/
George Gevork Mgdeysan
Attorneys for Defendant #6
ARMAN PETROSYAN

Clarence Dyer & Cohen LLP

/s/
Josh Alan Cohen
Attorneys for Defendant #7
LANNA KARAPEDYAN

Law Offices of Jilbert Tahmazian

/s/
Jilbert Tahmazian
Attorneys for Defendant #9
SEVAK GHARGHANI

Law Offices of Garo B. Ghazarian

/s/
_____
Garo B. Ghazarian
Attorneys for Defendant #10
JEAN DUKMAJIAN

Clauditte Sardarian, Attorney at Law

/s/
_____
Clauditte Sardarian
Attorneys for Defendant #11
KARINE DUKMAJIAN

Thomas Vincent Johnston, Attorney at Law

/s/
_____
Thomas V. Johnston
Attorneys for Defendant #12
ANGELA DUKMAJIAN

Swanson & McNamara LLP

/s/
_____
Mary Geraldine McNamara
August P. Gugelmann
Attorneys for Defendant #13
ARMAN DANIELIAN

Gilbert R. Geilim, PC

/s/
_____
Gilbert R. Geilim-Morales
Attorneys for Defendant #14
ASATOUR MAGZANYAN

Joseph Albert Gutierrez, Attorney at Law

/s/
_____
Joseph A. Gutierrez
Attorneys for Defendant #18
HUGO MARQUEZ

1    Law Offices of Patrick Williams McLaughlin

2                                /s/

3                           Patrick W. McLaughlin
      Attorneys for Defendant #18
4     HUGO MARQUEZ

5     Law Offices of Kenneth Alan Reed

6                                /s/

7                           Kenneth Alan Reed
      Attorneys for Defendant #19
8     ARMAN ZARGARYAN

9     Law Offices of Sevag Nigoghosian

10                               /s/

11                          Sevag Nigoghosian
      Attorneys for Defendant #22
12    ARAXIA NAZARYIAN

13    Law Offices of Arthur H. Barens

14                               /s/

15                          Arthur H. Barens
      Attorneys for Defendant #23
16    ALEXANDER SOLIMAN

17    Jeffrey Ronald Brodey, Attorney at Law

18                               /s/

19                          Jeffrey Ronald Brodey
      Attorneys for Defendant #23
20    ALEXANDER SOLIMAN

21    Law Offices of Peter Johnson

22                               /s/

23                          Peter Johnson
      Attorneys for Defendant #23
24    ALEXANDER SOLIMAN

25

26

27

28

1    Angela Marie S Machala, Attorney at Law

2                                 /s/
3                         Angel Marie S Machala
     Attorneys for Defendant #24
4    CHERYL BRANDT

5    Law Offices of Humberto Diaz

6                                 /s/
7                         Humberto Diaz
     Attorneys for Defendant #25
8    ERIC FIGUEROA

9    The Kaufman Law Group

10                                /s/
11                        Gary Jay Kaufman
                          Colin Hardacre
12                        Noam Y. Reiffman
     Attorneys for Defendant #26
13   MARC ASHEGHIAN

14
     Andrues/Podberesky
15
                                  /s/
16                        Richard Gary Hirsch
17                        Vicki I. Podberesky
     Attorneys for Defendant #27
18   MICHAEL ASHEGIAN

19   Pamela Jean Herzig, Attorney at Law

20                                /s/
21                        Pamela J. Herzig
     Attorneys for Defendant #33
22   JAVIER RAMIREZ

23   Wegan, Levin and Stanley

24                                /s/
25                        John James Stanley
     Attorneys for Defendant #34
26   YAN GERMAN

27

28

Michael H. Artan Lawyer, APC

_/s/_

Michael H. Artan
Attorneys for Defendant #36
STANLEY AZRILYAN

Law Offices of Dena Marie Young

_/s/_

Dena Young
Attorneys for Defendant #38
ILIA NALBANS

U.S. Attorney's Office

_/s/_

Claudia A. Quiroz
Assistant U.S. Attorney
Attorneys for Plaintiff
United States of America

**Attestation of Filer**

I attest that I have the permission of the defense attorneys listed above to enter a conformed signature on their behalf and to file the document.

DATED:  January 24, 2018          BROWNE GEORGE ROSS LLP
                                  K.C. Maxwell


By:     _/s/ K.C. Maxwell_
        K.C. Maxwell
Attorneys for Defendant David Miller

# [PROPOSED] ORDER

Good cause having been shown, the Court HEREBY ORDERS that:

(1)  The status conference currently scheduled for January 31, 2018, at 2 p.m., is hereby continued to May 23, 2018 at 1:30 p.m.; and

(2)   The period from September January 31, 2018 to May 23, 2018 is excluded from the Speedy Trial Act calculations.  In light of the circumstances set forth above, the Court finds the ends of justice served by excluding the period from January 31, 2018 to May 23, 2018 from Speedy Trial Act calculations outweighs the interests of the public and the defendants in a speedy trial by allowing for the defense to prepare effectively, in accordance with 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

IT IS SO ORDERED.

DATED:  January ___, 2018

_____
HON. CHARLES R. BREYER
United States District Judge

**PROOF OF SERVICE**

I, K.C. Maxwell, certify that on January 24, 2018, I served all parties in this matter by causing the preceding pleading to be filed electronically, as set forth by Local Rule 5-1.

DATED:  January 24, 2018                     BROWNE GEORGE ROSS LLP
                                             K.C. Maxwell


                                     By:      /s/ K.C. Maxwell
                                     _____
                                             K.C. Maxwell
                                     Attorneys for Defendant David Miller