KAREN MCCONVILLE, SBN 269234
McConville Law
24 Professional Center Parkway, Suite 240-D
San Rafael, California 94903
Tel: 415-786-7806
Email: kmcconville3@gmail.com

Attorney for
Artur Stepanyan

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ARTUR STEPANAN,<br><br>Defendant. | Case No. CR-15-00234-CRB<br><br>**[PROPOSED] ORDER DIRECTING TRANSFER TO BIOMETERICS APPOINTMENT** |

FOR GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED that the United States Marshals Service in co-ordination with the Bureau of Prisons at Lompoc shall facilitate the transfer of Mr. Stepanyan to his biometrics appointment on June 3rd, 2026, at 2:00 pm pursuant to the Notice to Appear.

IT IS SO ORDERED.

DATED: __May 19__, 2026                    _____
                                           HON. CHARLES R. BREYER
                                           United States Senior District Judge

-5-