UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ARTUR STEPANAN,<br><br>Defendant. | Case No. CR-15-00234-CRB<br><br>**[PROPOSED] ORDER GRANTING PETITION FOR WRIT OF MANDAMUS** |

Upon consideration of the Petition for Writ of Mandamus, and for good cause shown, it is hereby ORDERED:

1. Respondents shall take all actions necessary to ensure Petitioner's attendance at the USCIS biometrics appointment scheduled for June 3, 2026 at USCIS Oxnard, 2000 Outlet Center Drive, suite 200, Oxnard, California 93036 including arranging secure transport and custody as required; or, if attendance at that location is not feasible, Respondents shall coordinate with USCIS to provide on-site/mobile biometrics collection at FCI Lompoc II or obtain a rescheduled appointment and transport plan ensuring completion without prejudice to Petitioner.

2. This matter is set for expedited consideration.

IT IS SO ORDERED.

DATED: ___June 2___, 2026

_____
HON. CHARLES R. BREYER
United States Senior District Judge